

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| THE UNIVERSITY OF TEXAS AT EL PASO, | § | No. 08-24-00025-CV |
| | § | Appeal from the |
| Appellant, | | |
| | § | County Court at Law No. 6 |
| v. | | |
| | § | of El Paso County, Texas |
| GABRIEL SORIANO, | | |
| | § | (TC# 2019DCV1262 |
| Appellee. | | |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the court below in accordance with this Court's opinion. We further order that Appellant recover from Appellee all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED this 29th day of January 2016.

GINA M. PALAFOX, Justice

Before Salas Mendoza, C.J., Palafox, J., and Gabriel, J., (Senior Justice, Ret.)
Gabriel, J., (Senior Justice, Ret.) sitting by assignment